IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 119-139 |
| | * | |
| JOSEPH D. YOUNG | * | |

**O R D E R**

On November 21, 2019, Defendant Joseph D. Young, who is represented by Keith Bernard Johnson, Esq., pled guilty to a one count Information, which charges a violation of 18 U.S.C. § 371. After the United States Probation Office disclosed its Presentence Investigation Report to defense counsel, Mr. Johnson filed a motion to extend the time within which to file objections, which was granted by this Court, extending the objection deadline to March 19, 2020. The day before the deadline, the United States Probation Office received a number of defense objections from an attorney in Virginia, David Smith. The Government has responded to those objections, and the United States Probation Office has held a teleconference with Mr. Smith and the Assistant United States Attorney, Ms. Tara Lyons, in an attempt to resolve the objections. Mr. Johnson did not participate in this teleconference.

Importantly, Mr. Smith is not a member of this district's bar and has not filed a motion to appear *pro hac vice* or any other

notice of appearance. Neither has Mr. Johnson filed a motion to withdraw from the case. Further, the Court has not seen or heard any personal expression from Defendant Young respecting his legal representation. This sequence of events is irregular and inconsistent with the district's Local Rules governing attorney representation and admissions.

Accordingly, Defendant Young, through counsel, is **ORDERED** to show cause within ten (10) days hereof why any of the aforementioned defense objections to the Presentence Investigation Report should be considered in that they have been received from a third-party attorney with no standing in this Court to file said objections. Moreover, within this same time period, Defendant Young himself is **ORDERED and DIRECTED** to file a personal expression of his preference respecting his legal representation going forward. Should Defendant Young indicate that he wishes an attorney to represent him other than Mr. Johnson, that attorney must enter an appearance consistent with the district's Local Rules.

**ORDER ENTERED** at Augusta, Georgia, this ____ day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE